J. Russell Stedman (117130)
Jordan S. Altura (209431)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and CITIGROUP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUELA TAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIGROUP LONG TERM DISABILITY PLAN, METROPOLITAN LIFE INSURANCE COMPANY<br><br>　　　　Defendants. | CASE NO.: C-05-0929 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

Court Process:

　　Court-sponsored mediation.

(*See Attachment "A" for parties' request regarding preferred subject matter of mediator's expertise.*)

///

///

///

///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office7\7197\085\05pleadings\stipulation and order selecting adr process.doc

C-05-0929 MEJ

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

06/15/2005 16:   FAX                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  

Case 3:05-cv-00929-WHA   Document 6   Filed 06/16/05   Page 2 of 5

JUN. 15. 2005  4:17PM                                                                                                   NO. 2470   P. 3

Dated: June 15, 2005

/s/ J. Russell Stedman
J. RUSSELL STEDMAN
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY and CITIGROUP LONG TERM
DISABILITY PLAN

Dated: 6-15-05

CONSTANTIN V. ROBOOSTOFF
Attorney for Plaintiff
NUELA TAN

IT IS SO ORDERED:

Dated: June 16, 2005 _____

**IT IS SO ORDERED**

Magistrate Judge Maria-Elena James

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-

C-05-0929 MEJ

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2 |     Pursuant to Civ. L.R. and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    (*Note: This Certification must be signed by each party and its counsel.*)

Dated: _____

    NEULA TAN

Dated: _____

    CONSTANTIN V. ROBOOSTOFF
    Attorney for Plaintiff
    NUELA TAN

Dated: 6/16/05

    [signature]
    METROPOLITAN LIFE INSURANCE
    COMPANY and CITIGROUP LONG TERM
    DISABILITY PLAN

Dated: June 15, 2005

    /s/ J. Russell Stedman
    J. RUSSELL STEDMAN
    Attorney for Defendant
    METROPOLITAN LIFE INSURANCE
    COMPANY and CITIGROUP LONG TERM
    DISABILITY PLAN

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-    C-05-0929 MEJ
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2 |   Pursuant to Civ. L.R. and ADR L.R. 3-5(b), each of the undersigned certifies that he or

3 | she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

4 | District of California," or the specified portions of the ADR Unit's Internet site

5 | <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by

6 | the court and private entities, and considered whether this case might benefit from any of

7 | them.

8 |   (Note: This Certification must be signed by each party and its counsel.)

9 | Dated: _____

            NEULA TAN

11 | Dated: 6-15-05

          /s/ Constantin V. Roboostoff
12 |           CONSTANTIN V. ROBOOSTOFF
          Attorney for Plaintiff
13 |           NUELA TAN

15 | Dated: _____

          METROPOLITAN LIFE INSURANCE
16 |           COMPANY and CITIGROUP LONG TERM
          DISABILITY PLAN

18 | Dated: June 15, 2005       /s/ J. Russell Stedman
19 |           J. RUSSELL STEDMAN
          Attorney for Defendant
20 |           METROPOLITAN LIFE INSURANCE
          COMPANY and CITIGROUP LONG TERM
21 |           DISABILITY PLAN

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800
                                                    -3-                                C-05-0929 MEJ
                                STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

## ATTACHMENT "A"

All parties request that the mediator have experience handling claims under ERISA.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-                                                C-05-0929 MEJ
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS