J. Russell Stedman (117130)
William Lee (148652)
Kathleen E. Dyer (227216)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and CITIGROUP LONG TERM DISABILITY PLAN

Constantin V. Roboostoff (69328)
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 610
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

Attorneys for Plaintiff
NUELA TAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUELA TAN, | CASE NO.: C-05-0929 WHA |
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION DEADLINE** |
| vs. | |
| CITIGROUP LONG TERM DISABILITY PLAN, METROPOLITAN LIFE INSURANCE COMPANY | |
| Defendants. | |

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\Stip extend mediation deadline.doc
C-05-00929 WHA
STIPULATION TO EXTEND MEDIATION DEADLINE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

Plaintiff Nuela Tan ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company and Citigroup Long Term Disability Plan (collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

1. The initial Case Management Conference for the above-referenced matter was held on July 21, 2005. At the Case Management Conference and in the subsequent Case Management Order (filed July 21, 2005) the Court referred this case to the ADR Unit for Mediation. In the same Case Management Order the Court ordered Defendants to file their Motion for Summary Judgment on or before August 25, 2005 and set the hearing date for the Motion for Summary for September 29, 2005.

2. The Notice of Appointment of Mediator assigning this case to Mediator Eric Ivary was filed on July 26, 2005. On August 19, 2005, counsel for all parties and the court-appointed Mediator participated in a joint phone conference in accordance with ADR L.R. 6-6. During the telephone conference the parties agreed that mediation efforts should be postponed in light of the upcoming Motion for Summary Judgment deadlines and hearing date. The Mediator agreed and the parties agreed to contact the Mediator to proceed with mediation efforts after a ruling on Defendants' Motion for Summary Judgment was entered.

3. The hearing on Defendants' Motion for Summary Judgment was held on September 29, 2005. The Court took the matter under submission and entered its Order Granting Limited Discovery on Potential Conflict of Interest on October 6, 2005.

4. On October 7, 2005 the Court entered its First Amended Case Management Order in which further case deadlines were set. The further case deadlines for this matter set by the Case Management Order range from June 30, 2006 (the non-expert discovery cut-off) through November 6, 2006 (the bench trial).

5. Immediately after the Court's order on Defendants' Motion for Summary Judgment was entered the parties conferred regarding mediation efforts and collaborated to determine a mediation date that was agreeable to the Mediator, all parties and the parties' counsel of record.

-2-

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION TO EXTEND MEDIATION DEADLINE

The earliest mediation date agreeable to all parties is December 8, 2005. As such, the mediation for this matter is currently set for December 8, 2005 at 9:00 a.m.

      6. Pending the Court's approval, the parties agree to extend the deadline to complete the court-sponsored mediation of this matter to December 8, 2005.

**IT IS SO STIPULATED.**

Dated: October 19, 2005, San Francisco, CA    BARGER & WOLEN LLP

By  /s/ Kathleen E. Dyer
J. Russell Stedman
William Lee
Kathleen E. Dyer
Attorney for Defendant
METROPOLITAN LIFE INSURANCE COMPANY and CITIBANK LONG TERM DISABILITY GROUP PLAN

Dated: October 19, 2005, San Francisco, CA    ROBOOSTOFF & KALKIN

By  /s/ Constantin V. Roboostoff
Constantin V. Roboostoff
Attorney for Plaintiff
NUELA TAN

**IT IS SO ORDERED.**

Dated: October 19, 2005

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-

STIPULATION TO EXTEND MEDIATION DEADLINE