IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUELA TAN,

    Plaintiff,

v.

CITIGROUP LONG TERM, METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

No. C 05-00929 WHA

**NOTICE RE JUDGE'S SPOUSE APPLYING TO METLIFE FOR DISABILITY**

The undersigned judge's spouse has very recently applied to MetLife for eighteen months disability benefit arising out of her recent change of status as a teacher at the Oakland Unified School District. If any party wishes to recuse the undersigned as a result of the above, the party must file a motion to do so by **DECEMBER 15, 2005**.

**IT IS SO ORDERED.**

Dated: November 16, 2005.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE