IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUELA TAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITIGROUP LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendants.<br>_____/ | No. C 05-00929 WHA<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT** |

The Court received defendants' notice on December 8, 2005 that a settlement has been reached in this matter. Pursuant to the notice, the Court requests that the parties file a joint stipulation dismissing the entire action by **NOON, JANUARY 9, 2006**. The pretrial dates and any other hearings scheduled in this matter *will not* be taken off calendar until the Court is in receipt of the stipulation.

**IT IS SO ORDERED.**

Dated: December 12, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE