1  J. Russell Stedman (117130)
   William Lee (148652)
2  Kathleen E. Dyer (227216)
   BARGER & WOLEN LLP
3  650 California Street, 9th Floor
   San Francisco, California 94108
4  Telephone: (415) 434-2800
   Facsimile: (415) 434-2533
5
   Attorneys for Defendants
6  METROPOLITAN LIFE INSURANCE COMPANY
   and CITIGROUP LONG TERM DISABILITY PLAN
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  NUELA TAN,                          ) CASE NO.: C-05-0929 WHA
                                        )
12                Plaintiff,            ) STIPULATION AND [PROPOSED] ORDER
                                        ) TO DISMISS ACTION IN ITS ENTIRETY
13       vs.                            )
                                        )
14                                      )
    CITIGROUP LONG TERM DISABILITY      )
15  PLAN, METROPOLITAN LIFE             )
    INSURANCE COMPANY                   )
16                                      )
                  Defendants.           )
17                                      )

\\bwladata\lao\office7\7197\085\05Pleadings\Stipulation to Dismiss.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 04108
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION

CV-05-0929 WHA

By and through their counsel of record, Plaintiff Nuela Tan ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Citigroup Long Term Disability Plan (collectively "Defendants") hereby stipulate to the following:

1. The parties hereto have reached an agreement to resolve this action in its entirety. The relevant documents have been finalized and the parties hereby stipulate to dismiss this action in its entirety with prejudice. Each side to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 19, 2005, San Francisco, CA

BARGER & WOLEN LLP

By *Kathleen Dyer*
J. Russell Stedman
William Lee
Kathleen E. Dyer
Attorney for Defendant
METROPOLITAN LIFE
INSURANCE COMPANY and
CITIBANK LONG TERM
DISABILITY PLAN

Dated: December 19, 2005, San Francisco, CA

ROBOOSTOFF & KALKIN

By *Constantin V. Roboostoff*
Constantin V. Roboostoff
Attorney for Plaintiff
NUELA TAN

///
///
///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION TO DISMISS ACTION

CV-05-0929 WHA

## ORDER

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: December 20, 2005

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION TO DISMISS ACTION

CV-05-0929 WHA